JS 45 (01/2008)

## Criminal Case Cover Sheet — U.S. District Court

**Place of Offense:**  Under Seal: Yes ___ No X   Judge Assigned: __JCC__
City  Stafford    Superseding Indictment ___   Criminal Number: 12-cr-278
County/Parish  Stafford    Same Defendant ___   New Defendant  x
Magistrate Judge Case Number ___   Arraignment Date: ___
Search Warrant Case Number ___
R 20/R 40 from District of ___
Related Case Name and No: ___

**Defendant Information:**
Juvenile -- Yes ___ No X   FBI # ___
Defendant Name: John Soza    Alias Name(s) ___
Address: Stafford, VA 22554
Employment: Paramedic/Firefighter Ft. Belvoir
Birth date X/X/1977   SS# ___   Sex M Def Race ___   Nationality Nicaraguan   Place of Birth Nicaragua
Height ___ Weight ___ Hair bald   Eyes brown   Scars/Tattoos ___ shoulder
Interpreter: X No ___ Yes List language and/or dialect: ___   Automobile Description ___

**Location Status:**
Arrest Date ___
___ Already in Federal Custody as of ___ in ___
___ Already in State Custody    ___ On Pretrial Release    ___ Not in Custody
X Arrest Warrant Requested    ___ Fugitive    ___ Summons Requested
___ Arrest Warrant Pending    ___ Detention Sought    ___ Bond ___

**Defense Counsel Information:**
Name: Sris Law Group    ___ Court Appointed    Counsel conflicted out: ___
      4008 Williamsburg Court
Address: Fairfax, VA    X Retained    ___
Telephone: 703-278-0405    ___ Public Defender    Federal Public Defender's Office conflicted out: ___

**U.S. Attorney Information:**
SAUSA   Maureen Cain   Telephone No: 703-299-3700   Bar # ___

**Complainant Agency, Address & Phone Number or Person & Title:**

ICE S.A. Sherman Wooden

**U.S.C. Citations:**

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 18 USC 2251(a) | Production of Child Pornography | 2 | Felony |
| Set 2 | 18 USC 2252(a)(2) | Receipt of Child Pornography | 1 | Felony |
| Set 3 | 18 USC 2422(b) | Enticement of a minor | 1 | Felony |

(May be continued on reverse)

Date: 6/25/12    Signature of SAUSA: *Maureen Cain*

JS 45 (07/2005) Reverse

District Court Case Number (To be filled by deputy clerk): ____12-CR-278-JCC____

## U.S.C. Citations (continued)

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 4 | 18 USC 1470 | Transferring Obscene Matter to a Minor | 2 |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |
| Set 16 | | | |
| Set 17 | | | |
| Set 18 | | | |
| Set 19 | | | |
| Set 20 | | | |
| Set 21 | | | |
| Set 22 | | | |
| Set 23 | | | |
| Set 24 | | | |
| Set 25 | | | |
| Set 26 | | | |
| Set 27 | | | |
| Set 28 | | | |
| Set 29 | | | |
| Set 30 | | | |
| Set 31 | | | |